# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**CRIMINAL COMPLAINT**

**MATTHEW ~~DAVID~~ DODD DKV NELSON**

CASE NO: _mJ-06-0302_

I, __STEPHEN K. LIES__, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

Between on or about September 27, 2006 and on or about October 11, 2006, in the Western District of Tennessee and elsewhere, the defendant, MATTHEW ~~DAVID~~ DODD DKV NELSON,

(1) did knowingly use, and cause to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "instant messages" over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a female who had not attained the age of 18 years of age, to engage in a sexual act, that is, sexual intercourse, such sexual conduct then constituting a criminal offense under Tennessee Code Annotated, Section 39-13-506; all in violation of Title 18, United States Code, Section 2422(b) and Section 2.

(2) did knowingly travel in interstate commerce, from the State of Mississippi to the Western District of the State of Tennessee, for the purpose of engaging in illicit sexual conduct, that is, a sexual act, as defined in Title 18, United States Code, Section 2246, a female individual who, purportedly, was then 13 years of age, that would be a violation of Chapter 109A, specifically Title 18, United States Code, Section 2243, if the sexual act occurred in the special maritime and territorial jurisdiction of the United States; all in violation of Title 18, United States Code, Section 2423(b).

I further state that I am a  Special Agent with the Federal Bureau of Investigation, Memphis, Tennessee   and that this complaint is based on the following facts:

**(SEE AFFIDAVIT OF STEPHEN K. LIES WHICH IS ATTACHED HERETO AND FULLY INCORPORATED HEREIN BY REFERENCE)**

Continued on the attached sheet and made a part hereof  X Yes___No

_____
STEPHEN K. LIES - Complainant

Sworn to before me, and subscribed in my presence

Date: October 11, 2006                    at  Memphis, Tennessee

U.S. Magistrate Judge                     s/ Diane K. Vescovo
Name & title of Judicial Officer          Signature of Judicial Officer

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.

**MATTHEW ~~DAVID~~ DODSON NELSON**

**AFFIDAVIT**

MJ-06-0302

I, _____STEPHEN K. LIES_____, being duly sworn state as follows:

1.  I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since August 1, 1999. Since joining the FBI, I have investigated violations of federal law involving violent crimes, and am currently investigating federal violations concerning child pornography and the sexual exploitation of children, and I am assigned full time as a member of the Memphis Crimes Against Children Task Force (MCACTF). I have gained experience through training in seminars, classes, and everyday work related to conducting these types of investigations. Just prior to joining the FBI, I was employed for approximately three years as a Computer Technician and then subsequently for three years as a Computer Network Engineer.

2.  On or about September 27, 2006, your Affiant, acting in an undercover capacity as a 13 year old female, in the Western District of Tennessee, was in contact with the Yahoo Internet screen name "stenbeck0000". During this conversation "stenbeck0000" indicated he was 39 years old and was told that the female was 13 years old. Stenbeck0000 indicated he wanted to meet the minor and take her to a motel room. He stated he wanted to perform oral sex on the minor.

3.  Between September 27, 2006 and October 11, 2006 a subpoena was issued to Yahoo! for subscriber information on "stenbeck0000". The information in the Yahoo account management tool indicated the subscriber was James Stenbeck of Oxford, MS. The registration Internet Protocol (IP) address indicated the Internet Service Provider (ISP) as Bellsouth. A subsequent subpoena to Bellsouth for subscriber information indicated the subscriber as Matthew Nelson, 21 CR 212, Oxford, MS. An inquiry into the Mississippi Department of Safety indicated that Nelson's date of birth was October 27, 1966 (presently 39 years of age).

4.  On October 9, 2006, your Affiant, acting in an undercover capacity as a 13 year old female, was in contact with the Yahoo Internet screen name "stenbeck0000" who indicated he wanted to meet the minor female for the purpose of engaging in oral sex and sexual intercourse. "Stenbeck0000" arranged to meet the minor female on October 11, 2006 at the Walmart in Collierville, Tennessee at 9:00am., so he could then take her to a motel and engage in said sexual conduct with her.

5. On October 11, 2006, your Affiant, along with other members of the Memphis Crimes Against Children Task Force, conducted a surveillance at the Collierville, Tennessee, Walmart at approximately 8:00 a.m. At approximately 8:50 a.m., Matthew Nelson was observed parking in the Walmart parking lot and entering the store. Nelson was subsequently approached by Agents of the task force and positively identified. Nelson indicated to the Agents that he had just traveled from his home in Oxford, Mississippi.

6. Your Affiant believes that the above constitutes violations of federal criminal statutes, specifically, Title 18, United States Code, Section 2422(b) and Section 2423(b)

Based upon the above, your Affiant is requesting issuance of a warrant for the arrest of MATTHEW ~~DAVID~~ NELSON.
  DoDD
   DKV

STEPHEN K. LIES - Affiant
Special Agent - FBI
FBI Memphis Crimes Against Children Task Force

SWORN TO AND SUBSCRIBED BEFORE ME THIS 11th DAY OF OCTOBER, 2006.

s/ Diane K. Vescovo
UNITED STATES MAGISTRATE JUDGE